UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL ZINDA,<br><br>            Plaintiff,<br><br>      v.<br><br>AMADOR COUNTY SHERIFF DEPARTMENT, *et al.*,<br><br>            Defendants. | Case No. 2:22-cv-01990-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE AND FAILURE TO COMPLY WITH COURT ORDERS<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

      On November 29, 2022, I denied plaintiff's application to proceed *in forma pauperis* and directed him to submit within thirty days a complete application to proceed *in forma pauperis*, including a certified copy of his trust account statement. ECF No. 4. Plaintiff submitted his trust account statement on December 9, 2022, ECF No. 7, but has not submitted an application to proceed *in forma pauperis*.

      To manage its docket effectively, the court requires litigants to meet certain deadlines. The court may impose sanctions, including dismissal of a case, for failure to comply with court orders or local rules. *See* Fed. R. Civ. P. 41(b); E.D. Cal. L.R. 110; *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988). Involuntary dismissal is a harsh penalty, but a district court has a duty to

1

administer justice expeditiously and avoid needless burden for the parties. *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Plaintiff will be given a chance to explain why the court should not dismiss his case based on his failure to either pay the filing fee or submit a complete application for leave to proceed *in forma pauperis*. Plaintiff's failure to respond to this order will constitute another failure to comply with a court order and will result in a recommendation that this action be dismissed. Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to pay the filing fee and failure to comply with court orders. Should plaintiff wish to continue with this action, he must, within twenty-one days, either pay the $402 filing fee or submit a complete application for leave to proceed *in forma pauperis*. The Clerk of Court is directed to send to plaintiff the court's form application for leave to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: February 7, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2